**Singh, Gobind**
___

**From:** Wayman, Laura L
**Sent:** Tuesday, December 16, 2014 1:04 PM
**To:** Singh, Gobind
**Subject:** EAP follow up

GS,
Please contact Employee Assistance program at VUMC to set up an appointment with Dr. Chad Buck.  He is expecting to see you regarding the issue discussed with Dr. Sternberg.

This would be a good time for you to see him since you are on NF and it doesn't require any patient care. Let me know if you are having problems setting up the appointment.
llw

Laura L. Wayman, M.D.
Associate Professor, Ophthalmology
Director of Resident Education
Vice Chair for Education
Vanderbilt Eye Institute

1

NF = Night Float