IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GOBIND SINGH, M.D., Ph.D., | ) |
| | ) |
| Plaintiff, | ) |
| | ) NO. 3:17-cv-00400 |
| v. | ) |
| | ) JUDGE RICHARDSON |
| VANDERBILT UNIVERSITY | ) |
| MEDICAL CENTER, et al., | ) |
| | ) |
| Defendants. | |

## ORDER

Pending before the Court are a revised Report and Recommendation of the Magistrate Judge (Doc. No. 52) and Defendants' Objections thereto. (Doc. No. 54).

Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b)(3), the Court has reviewed *de novo* the Report and Recommendation, the Objections, and the file. For the reasons discussed in the accompanying Memorandum Opinion, Defendants' Objections are overruled, and the Report and Recommendation is adopted and approved.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE