IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GOBIND SINGH, M.D., Ph.D. ) | |
| ) | |
| v. ) | NO. 3:17-0400 |
| ) | Richardson/Holmes |
| VANDERBILT UNIVERSITY ) | |
| MEDICAL CENTER and ) | |
| VANDERBILT UNIVERSITY ) | |

**O R D E R**

Pending before the Court is Plaintiff's motion to compel (Docket No. 68), which, for the reasons stated herein, is DENIED WITHOUT PREJUDICE. Plaintiff's motion does not comply with the Court's required procedures for resolution of discovery disputes, because there is no indication that Plaintiff's counsel spoke with Defendants' counsel about the discovery dispute prior to filing the motion, nor was the motion accompanied by a joint discovery dispute statement. *See* Initial Case Management Order, Docket No. 10 at ¶ G. Nevertheless, for purposes of assisting counsel in their required discussion of the issues in dispute, the Court notes that it will, if necessary because of Defendants' failure to timely respond to written discovery, require Defendants' witnesses to appear for deposition twice. Further, the Court is inclined to permit Plaintiff to postpone his deposition until Defendants have fully responded to written discovery and the depositions of Defendants' witnesses have been taken. The parties, especially Defendants, are also reminded that the dispositive motion deadline of April 19 will not be extended any further. Finally, the Court is disinclined to grant any request of Plaintiff for attorneys' fees or costs, particularly given the entire circumstances of this case. The parties and their counsel are all instructed to

prioritize the prompt conclusion of discovery, both written and depositions. Failure to cooperate in doing so may result in the Court imposing remedies permitted by Fed.R.Civ.P. 16(f) and 37(b).

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge