

# Gilbert Law
SchoolAndWorkLaw.com

June 14, 2020

Dear Gobind:

After much soul searching and discussion with family, I've come to the conclusion that I must extinguish our employment relationship and allow you to finish your case with new counsel. It seems you have such counsel in mind, and I will assist them in the transition.

This was an exceptionally hard decision on my end, I must say, because of all the time and effort put into positioning the case for settlement or trial. But without casting blame, I think it's fair to say we have encountered trust issues that impact your faith in my decision-making and, from my vantage, my ability to strategically prosecute your case without second-guessing.

I value our earlier time, Gobind. And while our recent communications may have affected our working relationship, I <u>really, really, really</u> want you to be successful with your legal case—and in life thereafter. I'm hopeful fresh counsel will be good for us both, and take you across the finish line.[1]

I'll be cheering for you.

Sincerely,

Justin

**+Justin S. Gilbert**
Attorney

justin@schoolandworklaw.com
100 W MLK Blvd, Suite 501 | Chattanooga, TN 37402
T: 423.756.8203 | F: 423.756.2233

---

[1] For now, Vanderbilt's last monetary settlement offer to response, per our conversation Friday, I have communicated that if

Ex 1