Gobind >

Phone?

Wed, Jun 10, 7:31 AM

Have you seen this?



A paralyzed surgery resident is told not to come back. She needs your help.
kevinmd.com

Ex 2

Yes. I read about her

I hope Kleyman has someone like you helping her