justin@schoolandworklaw.com

**From:** Bob Boston <Bob.Boston@wallerlaw.com>
**Sent:** Thursday, July 2, 2020 5:35 PM
**To:** Justin Gilbert; Wright Jr. Luther
**Subject:** RE: 113-Notice of Attorney Charging Lien.pdf

Thanks Justin for the heads up. Based on my observations and communications, I cannot imagine better and more zealous representation – from anyone - than what you have provided to Dr. Singh.

Bob

**From:** Justin Gilbert <Justin@schoolandworklaw.com>
**Sent:** Thursday, July 2, 2020 12:41 PM
**To:** Wright Jr. Luther <Luther.Wright@ogletree.com>; Bob Boston <Bob.Boston@wallerlaw.com>
**Subject:** 113-Notice of Attorney Charging Lien.pdf

   External Message

Gentlemen,

This process has been difficult to say the least.

Dr. Singh has filed a sealed motion apparently asking that I be withdrawn so he can obtain other counsel. Today, I filed the attached notice of lien.

It is possible, I suppose, that he would seek to return to me, as I believe obtaining new counsel under the circumstances will be a challenge at best. Despite everything, I would like to see an appropriate resolution for all concerned. But at least for now, this is where things stand.

Appreciate you both. JG

Sent from my iPhone

The information contained in this message and any attachments is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you have received this message in error, you are prohibited from copying, distributing, or using the information. Please contact the sender immediately by return e-mail and delete the original message.

Ex 3