# EXHIBIT 1-D

## Ex. D to Plaintiff's Motion to Extend filed 8-19-20

| | |
|---|---|
| **From:** | Gobind Singh |
| **To:** | Edward Moor |
| **Subject:** | Fwd: Important - Please help with some questions? |
| **Date:** | Friday, July 31, 2020 5:41:37 PM |

Sent from mobile device, please pardon brevity and any mistakes

_____

**Gobind Singh, MD PhD**

---------- Forwarded message ---------
From: **GS** <gobind.singh@gmail.com>
Date: Mon, Jun 8, 2020 at 7:03 PM
Subject: Re: Important - Please help with some questions?
To: <justin@schoolandworklaw.com>



Sent from my iPhone

> On Jun 8, 2020, at 6:29 PM, justin@schoolandworklaw.com wrote:

Gobind,



Pltf. Ex. D



<image001.png>

<image002.jpg>

+**Justin S. Gilbert**
**Attorney**

justin@schoolandworklaw.com
100 W MLK Blvd, Suite 501  |  Chattanooga, TN 37402

**T:** 423.756.8203  |  **F:** 423.756.2233

**From:** Gobind Singh <gobind.singh@gmail.com>
**Sent:** Monday, June 8, 2020 5:11 PM
**To:** Justin Gilbert <justin@schoolandworklaw.com>
**Subject:** Re: Important - Please help with some questions?



Before going into that, please allow me to set the stage how I genuinely feel about where we are today with the witness expert situation.  I hope you can understand regardless of whether an expert is needed or not for the trial, I very much thought you would have had this conversation with me prospectively so we could have decided it together in a proactive manner. Instead  I was told at that time that issue was "later" "later" "later" and it reminds me how it feels now with you saying "letter, money" and not spending the time to go over the case once with me. And while I hear that you think think an expert isn't allowed anymore and moreover that it may not be necessary since I can testify to that information,  I'm still unclear if you're saying I'm correct in that citation suggesting deadline missed by you  BUT you haven't had a chance to confirm yourself to make sure I provided you correct information to arrive at that conclusion (which would be a mistake because  I  wouldn't be surprised if I furnished the wrong information to you unintentionally due to  misunderstanding since these filings and language used often go over my head). Even if  nothing can do about that anymore so not worth talking about, this is a big deal for me in that I ignored in past and it got me in a lot of trouble with the courts. To not understand Justin really makes me think you may understand how big of a deal this is to me and if we need to put a pause on things to regroup before we have any chance of going forward.   I've been in denial to think the following could even be true, but I now I cant help butt think it can only  be this. I feel you are burned out by this case/I. And I wouldn't blame you, its a massive case even before prior counsel didn't' mess it up,  then add on I ask a lot of questions and you had a full plate with more counsel to help when we started in 2018 and now are operating solo and your own practice and flooded with people like me after COVID-19 that are desperate for you and only you. Below are the few things I need to resolve before I can move forward with mediation. I think you just sent me an email so I will take a look at it now.









8) I hired an expert on my dime and this was his analysis below. Any thoughts?

<image.png>

**I do not see this.  But we cannot have an expert post summary judgment.  See #5**





Sent from mobile device, please pardon brevity and any mistakes

_____

**Gobind Singh, MD PhD**

On Mon, Jun 8, 2020 at 12:02 PM <justin@schoolandworklaw.com> wrote:





5)  I went back through the court filings and my records and need to have another heart to heart with you. I know you told me numerous times that the deadline for expert witnesses passed before you and I started working together on the case and there is nothing we can do now under any scenario, including this past week ideas I hoped could offer a potential path forward that may still comply with Rule 26 and Judge Richardson's position on LR39.

   -  Is there a chance you may be incorrect about the expert witness deadline being before you joined? As I looked through the entire case's history, the proposed revising scheduling order by Crenshaw and Holmes written on 10/19/18 stated expert deadline by Jan 1, 2019. Then in 11/6/18 filing, states expert deadline extended to Jan 3, 2019. During this time I was speaking with Caraline/you about a number of things related to our responses to Defendant INTs, one of which was expert deadline and was told I need to first focus on getting past summary judgement for now and everything can be sorted after, including expert witnesses. We filed our responses on 11/15/18 (though I see now information I gave Caraline on 11/16/18 must not ever been included despite her telling me otherwise. Putting that to side for now, in that filing, we even stated ""Plaintiff has not retained an expert at this time. In the event Plaintiff does retain an expert in the future, he will disclose it according to the deadlines and procedures set out in the Revised Scheduling Order (Doc. No. 53)."" We cite Doc 53, which was filed on 10/19/18 when I think we should have been citing Doc 56 filed on 11/6/18 which

had most up to date deadline of Jan 3 (Granted it is only two days later). Moreover, we later made an extension request on 1/11/19 (doc 58) asking for March 15, 2019 for expert deadline amongst other scheduling deadlines but if I interpreted Judge's response correctly, we were granted an extension to March 15 for deposition only and rest remained (aka Jan 3). This means our deadline for experts was Jan 2019, or no? If so, this sounds like the experts deadline was during my time with you/Caraline? I hope I am misunderstanding something

- I know you said I could testify any numbers worst case at trial (no expert) but at a trial I think having a jury focus on wages lost from an expert would be better so when it comes to me, they can focus on my story with me trying to become a doctor and how vanderbilt took that away.

**Looks like you are right per Order 56. We COULD have retained an expert. I thought it had already expired with the other lawyers.**









8) I hired an expert on my dime and this was his analysis below. Any thoughts?

<image.png>

**I do not see this. But we cannot have an expert post summary judgment. See #5**





██████████████████████████████████████████

██████████████████████████████████████████.

██████████████████████████████████████████

██████████████████████████████████████████

████████████████████████

GS

<image001.png>

<image002.jpg>

+**Justin S. Gilbert**
**Attorney**

justin@schoolandworklaw.com
100 W MLK Blvd, Suite 501 | Chattanooga, TN 37402

**T:** 423.756.8203 | **F:** 423.756.2233

**From:** GS <gobind.singh@gmail.com>
**Sent:** Saturday, June 6, 2020 6:37 PM
**To:** Gobind Singh <gobind.singh@gmail.com>; Justin Gilbert <Justin@schoolandworklaw.com>
**Subject:** Re: Important - Please help with some questions?



Sent from my iPhone

> On Jun 6, 2020, at 5:48 PM, Gobind Singh <gobind.singh@gmail.com> wrote:

Hi Justin,





5) I went back through the court filings and my records and I was hoping to have another heart to heart with you about something. I know you told me numerous times that the deadline for expert witnesses having passed before you joined the case and there is nothing we can do now under any scenario, including this past week ideas I thought may work for a potential path forward that may still comply with Rule 26 and even Judge Richardson's position on LR39.

   - Is there a chance you may be wrong about the expert witness option being closed before your time? As I look through the case's history, the proposed revising scheduling order by Crenshaw and Holmes written on 10/19/18 says experts by Jan 1, 2019. In filing on 11/6/18, filing says expert deadline extended to Jan 3, 2019. During this time I spoke with Caraline/you about a number of things related to our responses to Defendant INTs, one of which was experts and was told I need to first focus on getting past summary judgement and then rest can be sorted after. We filed our responses on 11/15/18 (though I see now information I gave Caraline on 11/16/18 must not ever been included despite her telling me otherwise. Ignoring that, on our filing, we even state ""Plaintiff has not retained an expert at this time. In the event Plaintiff does retain an expert in the future, he will disclose it according to the deadlines and procedures set out in the Revised Scheduling Order (Doc. No. 53)."" Doc 53 was filed on 10/19/18 when we should have been referencing Doc 56 filed on 11/6/18 with the Jan 3 deadline. Granted it is only two days later than Jan 1 deadline, we later made an extension request on 1/11/19 (doc 58) asking for March 15, 2019 for experts amongst other schedulings but if I understand Judge's response correctly, were only granted an extension

to March 15 for deposition and rest remained. This means our deadline for experts was Jan 2019. More importantly, to me this sounds like the error with requesting experts was during my time with you/Caraline and not beforehand?



8) I hired an expert on my dime and this was his analysis below. Any thoughts?



GS

Sent from mobile device, please pardon brevity and any mistakes

_____

**Gobind Singh, MD PhD**

On Fri, Jun 5, 2020 at 2:24 AM Gobind Singh

<gobind.singh@gmail.com> wrote:

Hi Justin,

Night

Sent from mobile device, please pardon brevity and any mistakes

_____

**Gobind Singh, MD PhD**

On Tue, Jun 2, 2020 at 10:02 AM Gobind Singh
<gobind.singh@gmail.com> wrote:





Sent from mobile device, please pardon brevity and any mistakes

_____

**Gobind Singh, MD PhD**