# EXHIBIT 1-F

# Ex. F to Plaintiff's Motion to Extend filed 8-19-20

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GOBIND SINGH, M.D., PH.D., ) | |
| ) | Civil Action No. 3:17-cv-00400 |
| Plaintiff, ) | |
| ) | The Honorable Eli Richardson |
| v. ) | |
| ) | Magistrate Judge Barbara D. Holmes |
| VANDERBILT UNIVERSITY MEDICAL ) | |
| CENTER, and VANDERBILT ) | |
| UNIVERSITY, ) | |
| ) | |
| Defendants. ) | |

### PLAINTIFF'S SECOND SUPPLEMENTAL ANSWERS TO CERTAIN INTERROGATORIES

Plaintiff, GOBIND SINGH, by counsel, Edward R. Moor of Moor Law Office, P.C., states in supplemental answer to the interrogatories propounded by Defendants VANDERBILT UNIVERSITY MEDICAL CENTER and VANDERBILT UNIVERSITY, as follows:

1. Identify each and every individual whom you believe to possess knowledge of any discoverable facts relating to the subject matter of this litigation. For each such individual, provide his or her address and telephone number and describe what knowledge you believe such individual possesses.

**ANSWER:** See prior answers. In addition:
Shauna Beach, VUMC, EAD Compliance Specialist.
Damian Marshall, VUMC, EAD Title IX Compliance Manager.
Batia Karabel, VUMC, EAD, Title IX Manager.
Richard Braun, attorney.
Rochelle Johnson, VUMC, HR, Director of Employee and Labor Relations.
Records keepers at VUMC, if needed.

MOOR LAW OFFICE, P.C.

By: /s/ Edward Roy Moor

MOOR LAW OFFICE, P.C.
One North LaSalle Street, Suite 600
Chicago, Illinois 60602
(312) 726-6207
erm@moorlaw.net

## VERIFICATION

Under penalties as provided by law, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that she verily believes the same to be true.

                        /s/ Gobind Singh    8/11/20
                            GOBIND SINGH

## Certificate of Service

I certify that I served this document by emailing a copy to each person to whom it is directed below on August 11, 2020.

                            /s/ Edward R. Moor

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Luther Wright, Jr., TN #17626
Casey M. Parker, TN #033081
SunTrust Plaza 401 Commerce Street, Suite 1200 Nashville,