# EXHIBIT 1-H

## Ex. H to Plaintiff's Motion to Extend filed 8-19-20

 

12:56  

New iMessage   Cancel

To: *** Justin Scott Gilbert Nashville *** Ch...

Ok. Let me work my magic

Mon, May 11, 12:34 PM

When is your brief due to mediator?

Three days before

Mon, May 11, 3:08 PM

Ok

Thu, May 14, 8:29 AM

Out today, avg ophthalmology pay $378k, that's not including if I had sub-specialized (retina, glaucoma, ocular oncology)

$378K

$377K

$364K

$357K

$355K

  iMessage 

      

Pltf. Ex. H 

      

3:33

*** Justin Scott

Cancel

To: *** Justin Scott Gilbert ***

Apr 1, 2019, 1:13 PM

iMessage

3:34

*** Justin Scott Cancel

To: *** Justin Scott Gilbert ***

iMessage

3:34

*** Justin Scott

Cancel

To: *** Justin Scott Gilbert ***

ng



3:34

*** Justin Scott Cancel

To: *** Justin Scott Gilbert ***

Yes

How would you calculate your monetary loss? Are you making more now than you would've been?

definitely not even close. I make base 150k now before tax. Attending general ophthalmology salary (Ignoring that I was planning to subspecialize) is 348k per quick search and photo here.

Salary for Physician - Ophthalmology in New York, NY | Salary.com
www1.salary.com

compensation opportunity for a Physician - Ophthalmology, base salary plus other pay elements

Average Base Salary

Core compensation

$293 k $354.5 k $416

3:34

*** Justin Scott

Cancel

To: *** Justin Scott Gilbert ***

compensation opportunity for a Physician - Ophthalmology, base salary plus other pay elements

**Average Base Salary**

Core compensation

$293 k $354.5 k $416

**$348,010**

**$292,538** **$398,101**

**Average Total Compensation**

Includes bonus, healthcare, and retirement

**$352,372**

What is it in TN?

Step 1 of 3

**Understand the total compensation opportunity for a Physician - Ophthalmology, base salary plus other pay elements**

**Average Base Salary**

Core compensation

$224 k $271.5 k $319

**$266,530**

**$224,045** **$304,893**

iMessage

3:34

*** Justin Scott

Cancel

To: *** Justin Scott Gilbert ***

What is it in TN?

Step 1 of 3
Understand the total compensation opportunity for a Physician - Ophthalmology, base salary plus other pay elements

Average Base Salary

Core compensation

Average Total Compensation

Includes bonus, healthcare, and retirement

Avg 267k, high is 305k

in all honesty to you, I was no planning on living in TN

Only came there to spend time with my dad, who was there and sick

iMessage

3:35

*** Justin Scott Cancel

To: *** Justin Scott Gilbert ***

Apr 1, 2019, 3:36 PM

iMessage

cv-00400 Document 135-10 Filed 09/08/20 Page 9 of 19 Page

3:37

*** Justin Scott    Cancel

To: *** Justin Scott Gilbert ***

Omg guess what I finally found, it's a starting point at least that addresses point of this being more of a comprehensive evaluation of milk contenders from different stores

| All Practic | | | |
|---|---|---|---|
| oup unt | Mean | Std Dev | 10th %tile |

iMessage



*** Justin Scott

Cancel

To: *** Justin Scott Gilbert ***

Omg guess what I finally found, it's a starting point at least that addresses point of this being more of a comprehensive evaluation of milk contenders from different stores

All Practic

| oup unt | Mean | Std Dev | 10th %tile |
|---|---|---|---|

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| y | 358 | 106 | $411,327 | $203,362 | $180,398 | $268,652 | $374,201 | $49 |
| y: Corneal Surgery | 7 | 3 | * | * | * | * | * | |
| y: | 3 | 3 | * | * | * | * | * | |
| y: | 1 | 1 | * | * | * | * | * | |
| y: nd Recon | 5 | 3 | * | * | * | * | * | |
| y: Retina | 21 | 10 | $710,619 | $308,620 | $433,479 | $473,951 | $603,539 | $91 |
| onsurgical) | 56 | 41 | $375,560 | $201,983 | $145,114 | $203,352 | $318,575 | $53 |
| rgery: | 985 | 243 | $620,991 | $311,360 | $299,670 | $424,932 | $568,319 | $74 |

This is 2015 based on 2014 data

From MGMA annual provider compensation report in 2015 on 2014 data





iMessage

3:37 

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Ophthalmology | 358 | 106 | $411,327 | $203,362 | $180,398 | $268,652 | $374,201 | $495,338 | $673,49[illegible] |
| Ophthalmology: Corneal and Refractive Surgery | 7 | 3 | * | * | * | * | * | * | * |
| Ophthalmology: Glaucoma | 3 | 3 | * | * | * | * | * | * | * |
| Ophthalmology: Neurology | 1 | 1 | * | * | * | * | * | * | * |
| Ophthalmology: Oculoplastic and Recon Surgery | 5 | 3 | * | * | * | * | * | * | * |
| Ophthalmology: Retina | 21 | 10 | $710,619 | $308,620 | $433,479 | $473,951 | $603,539 | $916,539 | $1,228,962 |
| Orthopedic (Nonsurgical) | 56 | 41 | $375,560 | $201,983 | $145,114 | $203,352 | $318,575 | $538,773 | $682,633 |
| Orthopedic Surgery: General | 985 | 243 | $620,991 | $311,360 | $299,670 | $424,932 | $568,319 | $744,342 | $1,002,510 |

Copy

Save

More...

*** Justin Scott Cancel

To: *** Justin Scott Gilbert ***

This is 2015 based on 2014 data

From MGMA annual provider compensation report in 2015 on 2014 data

Wed, May 27, 10:34 AM

In front of a computer with internet and got 5 minutes?

I will be in 15 minutes if you want to send it to me

It has some proprietary stuff in it so it's password locked, I can walk you through it when you call but if you click link I just sent, should take you to the google sheet

I have call at 11 but call me anytime before

I have a little time to mess with

iMessage 

      

*** Justin Scott

Cancel

To: *** Justin Scott Gilbert ***

It has some proprietary stuff in it so it's password locked, I can walk you through it when you call but if you click link I just sent, should take you to the google sheet

I have call at 11 but call me anytime before

I have a little time to mess with technology so if you can take a picture of it and text it to me I can look at it. Otherwise, I will call.

I tried to make it user friendly, so just click link and will prompt you for password. Call me then

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ...cupational Medicine | 118 | 66 | $247,371 | $91,595 | $162,376 | $189,828 | $224,505 | $274,188 | $369,601 |
| Ophthalmology | 358 | 106 | $411,327 | $203,362 | $180,398 | $268,652 | $374,201 | $495,338 | $673,493 |
| Ophthalmology: Corneal and Refractive Surgery | 7 | 3 | * | * | * | * | * | * | * |
| Ophthalmology: Glaucoma | 3 | 3 | * | * | * | * | * | * | * |
| Ophthalmology: Neurology | 1 | 1 | * | * | * | * | * | * | * |
| Ophthalmology: Oculoplastic and Recon Surgery | 5 | 3 | * | * | * | * | * | * | * |
| Ophthalmology: Retina | 21 | 10 | $710,619 | $308,620 | $433,479 | $473,951 | $603,539 | $916,539 | $1,228,962 |
| Orthopedic (Nonsurgical) | 56 | 41 | $375,560 | $201,983 | $145,114 | $203,352 | $318,575 | $538,773 | $682,633 |
| Orthopedic Surgery: General | 985 | 243 | $620,991 | $311,360 | $299,670 | $424,932 | $568,319 | $744,342 | $1,002,510 |
| Orthopedic Surgery: Foot and Ankle | 78 | 48 | $535,320 | $194,876 | $302,596 | $381,987 | $507,942 | $678,223 | $821,686 |
| Orthopedic Surgery: Hand | 169 | 93 | $584,717 | $257,163 | $299,447 | $384,679 | $539,050 | $724,591 | $970,701 |
| Orthopedic Surgery: Hip and Joint | 151 | 77 | $672,285 | $315,681 | $291,768 | $450,008 | $616,830 | $824,252 | $1,116,691 |
| Orthopedic Surgery: Oncology | 4 | 3 | * | * | * | * | * | * | * |
| Orthopedic Surgery: | | | | | | | | | |

iMessage

3:37

*** Justin Scott    Cancel

To: *** Justin Scott Gilbert ***

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| [illegible]cupational Medicine | 118 | 66 | $247,371 | $91,595 | $162,376 | $189,828 | $224,505 | $274,188 | $369,601 |
| Ophthalmology | 358 | 106 | $411,327 | $203,362 | $180,398 | $268,652 | $374,201 | $495,338 | $673,493 |
| Ophth[illegible] Corneal and Re[illegible] Surgery | 7 | 3 | * | * | * | * | * | * | * |
| Ophthalm[illegible]: Glaucoma | 3 | 3 | * | * | * | * | * | * | * |
| Ophthalmology: Neurology | 1 | 1 | * | * | * | * | * | * | * |
| Ophthalmology: Oculoplastic and Recon Surgery | 5 | 3 | * | * | * | * | * | * | * |
| Ophthalmology: Retina | 21 | 10 | $710,619 | $308,620 | $433,479 | $473,951 | $603,539 | $916,539 | $1,228,962 |
| Orthopedic (Nonsurgical) | 56 | 41 | $375,560 | $201,983 | $145,114 | $203,352 | $318,575 | $538,773 | $682,633 |
| Orthopedic Surgery: General | 985 | 243 | $620,991 | $311,360 | $299,670 | $424,932 | $568,319 | $744,342 | $1,002,510 |
| Orthopedic Surgery: Foot and Ankle | 78 | 48 | $535,320 | $194,876 | $302,596 | $381,987 | $507,942 | $678,223 | $821,686 |
| Orthopedic Surgery: Hand | 169 | 93 | $584,717 | $257,163 | $299,447 | $384,679 | $539,050 | $724,591 | $970,701 |
| Orthopedic Surgery: Hip and Joint | 151 | 77 | $672,285 | $315,681 | $291,768 | $450,008 | $616,830 | $824,252 | $1,116,691 |
| Orthopedic Surgery: Oncology | 4 | 3 | * | * | * | * | * | * | * |
| Orthopedic Surgery: Shoulder/Elbow | 18 | 13 | $654,048 | $293,121 | $255,208 | $406,140 | $625,683 | $848,924 | $1,131,165 |
| Orthopedic Surgery: Spine | 132 | 73 | $809,103 | $426,716 | $316,303 | $528,810 | $736,710 | $930,609 | $1,373,387 |
| Orthopedic Surgery: Trauma | 83 | 37 | $644,164 | $251,916 | $288,729 | $465,773 | $641,543 | $778,298 | $921,900 |
| Orthopedic Surgery: Sports Medicine | 210 | 87 | $679,750 | $310,322 | $337,341 | $471,573 | $606,307 | $815,005 | $1,104,664 |
| Otorhinolaryngology | 573 | 183 | $455,008 | $210,203 | $246,736 | $311,065 | $405,503 | $558,480 | $738,273 |
| Pain Management: Nonanesthesia | 62 | 37 | $466,763 | $231,844 | $234,659 | $279,208 | $364,230 | $623,095 | $820,243 |
| Pathology: Anatomic and Clinical | 194 | 35 | $408,584 | $140,129 | $283,623 | $328,900 | $368,056 | $447,084 | $682,875 |
| Pathology: Anatomic | 49 | 11 | $361,069 | $161,668 | $205,206 | $241,020 | $348,175 | $440,000 | $639,374 |
| Pathology: Anatomic- | 2 | 2 | * | * | * | * | * | * | * |

I see the $710,619 figure. Where did you get the $768,000 figure you used in your Excel sheet?

iMessage

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Ophthalmology | 358 | 106 | $411,327 | $203,362 | $180,398 | $268,652 | $374,201 | $495,338 | $673,493 |
| Ophthalmology: Corneal and Refractive Surgery | 7 | 3 | * | * | * | * | * | * | * |
| Ophthalmology: Glaucoma | 3 | 3 | * | * | * | * | * | * | * |
| Ophthalmology: Neurology | 1 | 1 | * | * | * | * | * | * | * |
| Ophthalmology: Oculoplastic and Recon Surgery | 5 | 3 | * | * | * | * | * | * | * |
| Ophthalmology: Retina | 21 | 10 | $710,619 | $308,620 | $433,479 | $473,951 | $603,539 | $916,539 | $1,228,962 |
| Orthopedic (Nonsurgical) | 56 | 41 | $375,560 | $201,983 | $145,114 | $203,352 | $318,575 | $538,773 | $682,633 |
| Orthopedic Surgery: General | 985 | 243 | $620,991 | $311,360 | $299,670 | $424,932 | $568,319 | $744,342 | $1,002,510 |
| Orthopedic Surgery: Foot and Ankle | 78 | 48 | $535,320 | $194,876 | $302,596 | $381,987 | $507,942 | $678,223 | $821,686 |
| Orthopedic Surgery: Hand | 169 | 98 | $584,717 | $257,163 | $298,447 | $384,679 | $539,750 | $724,591 | $970,701 |
| Orthopedic Surgery: Hip and Joint | 151 | 77 | $672,285 | $315,681 | $291,768 | $450,008 | $616,830 | $824,252 | $1,116,691 |
| Orthopedic Surgery: Oncology | 4 | 3 | * | * | * | * | * | * | * |
| Orthopedic Surgery: Shoulder/Elbow | 18 | 13 | $654,048 | $293,121 | $255,208 | $406,140 | $625,683 | $848,924 | $1,131,365 |
| Orthopedic Surgery: Spine | 132 | 73 | $803,103 | $426,716 | $316,303 | $528,810 | $736,710 | $930,609 | $1,375,387 |
| Orthopedic Surgery: Trauma | 83 | 37 | $644,164 | $251,916 | $288,729 | $465,773 | $641,543 | $778,298 | $921,900 |
| Orthopedic Surgery: Sports Medicine | 256 | 87 | $679,750 | $310,322 | $387,341 | $471,973 | $606,307 | $815,005 | $1,104,664 |
| Otorhinolaryngology | 573 | 183 | $455,008 | $210,203 | $246,736 | $311,065 | $405,503 | $556,488 | $738,273 |
| Pain Management: Nonanesthesia | 62 | 37 | $466,763 | $211,044 | $234,699 | $279,206 | $364,230 | $623,095 | $820,243 |
| Pathology: Anatomic and Clinical | 194 | 55 | $408,584 | $140,129 | $283,623 | $326,900 | $368,856 | $447,084 | $582,875 |
| Pathology: Anatomic | 49 | 31 | $361,069 | $161,862 | $205,296 | $241,320 | $348,173 | $440,000 | $639,374 |

Copy

Save

More...



3:37

*** Justin Scott

Cancel

To: *** Justin Scott Gilbert ***

SINGH MODEL DAMAGES

1. RETINA SPECIALIST

$710,000 Retina Specialist[1]

$183,000

$527,000 Annual Mitigated Loss Beginning 2020

2. OPHTHALMOLOGIST

$468,000[2]

-$183,00

$280,000 Annual Mitigated Loss Beginning 2018

iMessage



3:38

*** Justin Scott

Cancel

To: *** Justin Scott Gilbert ***

SINGH MODEL DAMAGES

1. RETINA SPECIALIST

$710,000 Retina Specialist[1]

$183,000

$527,000 Annual Mitigated Loss Beginning 2020

2. OPHTHALMOLOGIST

$468,000[2]

-$183,00

$280,000 Annual Mitigated Loss Beginning 2018

1 Using Data from MGMA showing Opthalmology Retina, no inflation, p. 3

2 Using MedScape Data.

Without the inflation on retina...

Correct

I just called my boss of boss and asked him among associates what percentile am I and he said top 10%. I already knew that because market associate job in nyc avg pays

iMessage

## SINGH MODEL DAMAGES

1. **RETINA SPECIALIST**

$710,000 Retina Specialist[1]

$183,000

$527,000 Annual Mitigated Loss Beginning 2020

2. **OPHTHALMOLOGIST**

$468,000[2]

-$183,00

$280,000 Annual Mitigated Loss Beginning 2018

---

[1] Using Data from MGMA showing Opthalmology Retina, no inflation, p. 3

[2] Using MedScape Data.

Copy

Save

More...