**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| GOBIND SINGH, M.D., PH.D., | ) | |
| | ) | Civil Action No. 3:17-cv-00400 |
| Plaintiff, | ) | |
| | ) | The Honorable Eli Richardson |
| v. | ) | |
| | ) | Magistrate Judge Barbara D. Holmes |
| VANDERBILT UNIVERSITY MEDICAL | ) | |
| CENTER, and VANDERBILT | ) | |
| UNIVERSITY, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

To:    Luther Wright Jr., Ogletree, Deakins, Nask, Smoak & Stewart, P.C., SunTrust Plaza 401 Commerce Street, Suite 1200, Nashville, Tennessee 37219  luther.wright@ogletree.com

Tara L. Swafford, Elizabeth G. Hart, The Swafford Law Firm, PLLC, Third Avenue North Franklin, Tennessee 37064 tara@swaffordlawfirm.com betsy@swaffordlawfirm.com

**YOU ARE HEREBY NOTIFIED** that on September 8, 2020, Plaintiffs caused to be filed with the Clerk of the United States District Court for the Middle District of Tennessee, Plaintiff's *Motion for Review of Non-Dispositive Order of Magistrate Judge* and a *Memorandum of Law in Support* of same, copies of which have been served upon you by the Court's ECF system.

Dated: September 8, 2020                    By:    /s/ Edward R. Moor____

Edward R. Moor, IL #6205169
MOOR LAW OFFICE, P.C.
One North LaSalle Street, Suite 600
Chicago, Illinois 60602
312-726-6207
erm@moorlaw.net


## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2020, I electronically filed the foregoing Joint Status Report with the Clerk of the Court using CM/ECF system, which will send notification of such filing to all registered users.

/s/ Edward R. Moor____