# Edward Moor

| | |
|---|---|
| **From:** | Edward Moor |
| **Sent:** | Thursday, November 11, 2021 7:13 PM |
| **To:** | GB7495@hotmail.com |
| **Subject:** | Gobind |

Ben: I have been trying to reach Gobind for a few days with no response. Any ideas on how to reach him?

Thanks.

_____

Edward R. Moor
Moor Law Office, P.C.
53 W. Jackson Blvd., Suite 1527
Chicago, Illinois 60604
(312) 726-6207
erm@moorlaw.net
www.moorlaw.net

**Confidentiality Statement.** The information contained in this electronic mail communication is intended only for the personal and confidential use of the designated recipient named above. This message may be an attorney-client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error, and that any review, dissemination, distribution, or copying of the message is strictly prohibited. If you have received this transmission in error, please notify me immediately by telephone at 312.726.6207 and/or by reply e-mail.

**From:** Edward Moor
**To:** GB Singh
**Subject:** RE: Gobind
**Date:** Thursday, November 11, 2021 8:26:00 PM

Can you tell me how to reach Gobind?

_____

Edward R. Moor

312-726-6207

www.moorlaw.net

---

**From:** GB Singh <gb7495@hotmail.com>
**Sent:** Thursday, November 11, 2021 7:21 PM
**To:** Edward Moor <erm@moorlaw.net>
**Subject:** Re: Gobind

Dear Ed,

I just get this email. It's addressed to Ben. I don't know who Ben is—perhaps you accidentally sent the email to me.

Sincerely
GB Singh

Sent from my iPhone

> On Nov 11, 2021, at 6:13 PM, Edward Moor <erm@moorlaw.net> wrote:
>
> Ben: I have been trying to reach Gobind for a few days with no response. Any ideas on how to reach him?
>
> Thanks.
>
> _____
> Edward R. Moor
> Moor Law Office, P.C.
> 53 W. Jackson Blvd., Suite 1527
> Chicago, Illinois 60604
> (312) 726-6207
> erm@moorlaw.net
> www.moorlaw.net

**Confidentiality Statement.** The information contained in this electronic mail communication is intended only for the personal and confidential use of the designated recipient named above. This message may be an attorney-client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error, and that any review, dissemination, distribution, or copying of the message is strictly prohibited. If you have received this transmission in error, please notify me immediately by telephone at 312.726.6207 and/or by reply e-mail.

| From: | GB Singh |
|---|---|
| To: | Edward Moor |
| Subject: | Re: Gobind |
| Date: | Friday, November 12, 2021 12:42:30 AM |

Dear Ed,

You have all his contacts similar to what I have.
I plan on sending him a note tomorrow. Perhaps he is traveling for reasons that is not known to me at this time.

GB Singh

Sent from my iPhone

> On Nov 11, 2021, at 7:26 PM, Edward Moor <erm@moorlaw.net> wrote:
>
> Can you tell me how to reach Gobind?
>
> _____
> Edward R. Moor
> 312-726-6207
> www.moorlaw.net
>
> **From:** GB Singh <gb7495@hotmail.com>
> **Sent:** Thursday, November 11, 2021 7:21 PM
> **To:** Edward Moor <erm@moorlaw.net>
> **Subject:** Re: Gobind
>
> Dear Ed,
>
> I just get this email. It's addressed to Ben. I don't know who Ben is—perhaps you accidentally sent the email to me.
>
> Sincerely
> GB Singh
>
> Sent from my iPhone
>
>> On Nov 11, 2021, at 6:13 PM, Edward Moor <erm@moorlaw.net> wrote:

Ben: I have been trying to reach Gobind for a few days with no response. Any ideas on how to reach him?

Thanks.

_____
Edward R. Moor
Moor Law Office, P.C.
53 W. Jackson Blvd., Suite 1527
Chicago, Illinois 60604
(312) 726-6207
erm@moorlaw.net
www.moorlaw.net

**Confidentiality Statement.** The information contained in this electronic mail communication is intended only for the personal and confidential use of the designated recipient named above. This message may be an attorney-client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error, and that any review, dissemination, distribution, or copying of the message is strictly prohibited. If you have received this transmission in error, please notify me immediately by telephone at 312.726.6207 and/or by reply e-mail.

| From: | Edward Moor |
| --- | --- |
| To: | GB Singh |
| Subject: | Re: Gobind |
| Date: | Friday, November 12, 2021 6:25:57 AM |

He has not replied to email or voicemails going on a week.

_____

Edward R. Moor
Moor Law Office, P.C.
53 W. Jackson Blvd., Suite 1527
Chicago, Illinois 60604
(312) 726-6207

**From:** GB Singh <gb7495@hotmail.com>
**Sent:** Friday, November 12, 2021 12:42:23 AM
**To:** Edward Moor <erm@moorlaw.net>
**Subject:** Re: Gobind

Dear Ed,

You have all his contacts similar to what I have.
I plan on sending him a note tomorrow. Perhaps he is traveling for reasons that is not known to me at this time.

GB Singh


Sent from my iPhone

> On Nov 11, 2021, at 7:26 PM, Edward Moor <erm@moorlaw.net> wrote:
>
>
> Can you tell me how to reach Gobind?
>
>
> _____
> Edward R. Moor
> 312-726-6207
> www.moorlaw.net
>
> **From:** GB Singh <gb7495@hotmail.com>
> **Sent:** Thursday, November 11, 2021 7:21 PM
> **To:** Edward Moor <erm@moorlaw.net>
> **Subject:** Re: Gobind

Dear Ed,

I just get this email. It's addressed to Ben. I don't know who Ben is—perhaps you accidentally sent the email to me.

Sincerely
GB Singh

Sent from my iPhone

On Nov 11, 2021, at 6:13 PM, Edward Moor <erm@moorlaw.net> wrote:

Ben:  I have been trying to reach Gobind for a few days with no response. Any ideas on how to reach him?

Thanks.

_____
Edward R. Moor
Moor Law Office, P.C.
53 W. Jackson Blvd., Suite 1527
Chicago, Illinois 60604
(312) 726-6207
erm@moorlaw.net
www.moorlaw.net

**Confidentiality Statement.** The information contained in this electronic mail communication is intended only for the personal and confidential use of the designated recipient named above. This message may be an attorney-client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error, and that any review, dissemination, distribution, or copying of the message is strictly prohibited. If you have received this transmission in error, please notify me immediately by telephone at 312.726.6207 and/or by reply e-mail.