IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GOBIND SINGH, M.D., Ph.D., | ) |
| | ) |
| Plaintiff, | ) |
| | ) NO. 3:17-cv-00400 |
| v. | ) |
| | ) JUDGE RICHARDSON |
| VANDERBILT UNIVERSITY MEDICAL CENTER, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

By the close of business on January 18, 2022, Mr. Moor shall file his engagement (retention) agreement with Plaintiff, as well as all written communications with Plaintiff from October 29, 2021 regarding the topics specified by the undersigned during the telephonic conference call held on January 18, 2022.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE