Case No. 22-5325

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

GOBIND SINGH, M.D, Ph.D.

    Plaintiff - Appellant

v.

VANDERBILT UNIVERSITY MEDICAL CENTER; VANDERBILT UNIVERSITY

    Defendants - Appellees

Appellant having previously been advised that failure to satisfy certain specified obligations would result in dismissal of the case for want of prosecution and it appearing that the petitioner has failed to satisfy the following obligation(s):

The Petitioner's Brief was not filed by January 6, 2023.

It is therefore **ORDERED** that this cause be, and it hereby is, dismissed for want of prosecution.

                                **ENTERED PURSUANT TO RULE 45(a),**
                                **RULES OF THE SIXTH CIRCUIT**
                                Deborah S. Hunt, Clerk

Issued: February 10, 2023

United States Court of Appeals for the Sixth Circuit

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 02/10/2023.

**Case Name:** Gobind Singh v. Vanderbilt University Medical Center, et al
**Case Number:** 22-5325

**Docket Text:**
ORDER filed to dismiss for want of prosecution for failure to file appellant's brief by January 06, 2023. The appellees' motion to dismiss is denied as moot [6930900-2].No mandate to issue.

**The following documents(s) are associated with this transaction:**
Document Description:   Order

**Notice will be sent to:**

Mr. Gobind Singh
300 E. 102nd Street
Apartment 3c
New York, NY 10029

**A copy of this notice will be issued to:**

Ms. Lynda M. Hill
Mr. Luther Wright Jr.